IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13 cv 35

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff | ) | |
| V | ) | **ORDER** |
| CARLOS CANALES, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Richard Cassady's Application for Admission to Practice *Pro Hac Vice* of Robert Osley Saunooke. It appearing that Robert Osley Saunooke is a member in good standing with the Florida State Bar and will be appearing with Richard Cassady, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Richard Cassady's Application for Admission to Practice *Pro Hac Vice* (#2) of Robert Osley Saunooke is **GRANTED**, and that Robert Osley Saunooke is **ADMITTED** to practice, *pro hac*

*vice*, before the Bar of this court while associated with Richard Cassady.

Signed: November 12, 2013

Dennis L. Howell
United States Magistrate Judge