# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| United States of America**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 2:13-cv-00035-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Carlos Canales**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 12, 2013 Final Order and Order of Continuing Garnishment.

December 20, 2013

Frank G. Johns, Clerk
United States District Court